**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SEAN ERROL QUINN,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL NO. 25-1153** |
| | : | |
| **THE VANGUARD MARKETING CO.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **3rd** day of **February 2026**, for reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 21) is **GRANTED**.   Plaintiff's Amended Class Action Complaint (ECF No. 19) is **DISMISSED WITHOUT PREJUDICE**.   Plaintiff may file a Second Amended Complaint to cure the defects discussed in the accompanying memorandum by **March 3, 2026**.   Defendant's first Motion to Dismiss (ECF No. 10) is **DENIED AS MOOT**.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**

1